# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN T. MURPHY | : CIVIL ACTION |
| Plaintiff | : |
| vs. | : |
| | : NO. 07-CV-4104 |
| CITY OF PHILADELPHIA | : |
| DEPARTMENT OF RECREATION | : |
| Defendant | : |

## ORDER

AND NOW, this 17th day of August, 2011, upon consideration of Defendant's Post Trial Motions for Judgment as a Matter of Law and/or to Alter or Amend the Judgment (Doc. No. 56) and Plaintiff's Response thereto (Doc, No. 59), it is hereby ORDERED that the Motions are DENIED for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,       C.J.