```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KATHLEEN T. MURPHY            : CIVIL ACTION
                              :
         Plaintiff            :
                              :
     vs.                      :
                              : NO.  07-CV-4104
CITY OF PHILADELPHIA          :
DEPARTMENT OF RECREATION      :
                              :
         Defendant            :
```

### ORDER

   AND NOW, this    24th    day of August, 2011, upon consideration of Plaintiff's Motion to Mold the Judgment Pursuant to Title VII's Fee Shifting Provision and Enter Judgment Against Defendant in the Amount of $293,134 (Doc. No. 54) and Defendant's Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED IN PART and the Judgment previously entered in this matter in the amount of $100,000 is AMENDED to add the sum of $166,078.77 for a total Judgment of $266,078.77 in favor of the Plaintiff Kathleen T. Murphy and against the Defendant City of Philadelphia Department of Recreation.

                                   BY THE COURT:


                                   s/J. Curtis Joyner
                                   J. CURTIS JOYNER,         C.J.